THE HONORABLE BENJAMIN H. SETTLE
Noted for October 15, 2024
Without oral argument

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN D. JONES,

      Plaintiff,

vs.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,

      Defendant.

Case No.: 3:23−cv−05704−BHS

STIPULATED MOTION AND
ORDER FOR DISMISSAL WITH
PREJUDICE

## I.  **STIPULATED MOTION**

IT IS HEREBY STIPULATED by and between the parties hereto that any and all claims

and causes of action may be dismissed with prejudice and without an award of costs or fees to

any party.

DATED:  October 15, 2024.

| *Attorneys for Plaintiff:* | *Attorneys for National Union Fire Insurance Company of Pittsburgh, PA:* |
|---|---|
| **HAROLD D. CARR, P.S.** | **JENSEN MORSE BAKER PLLC** |
| By: *s/Adam C. Carr, per email authority* <br> Harold D. Carr, WSBA No. 11767 <br> Adam C. Cox, WSBA No. 35677 <br> E-Mail:  adam@haroldcarrattorney.com | By: *s/Gabriel Baker* <br> Gabriel Baker, WSBA No. 28473 <br> William Christopher Gibson, WSBA No. 26472 <br> E-mail: gabe.baker@jmblawyers.com <br> Chris.gibson@jmblawyers.com |

STIPULATED MOTION AND ORDER FOR DISMISSAL
WITH PREJUDICE - 1
Case No. 3:23−CV−05704−BHS

**JENSEN MORSE BAKER PLLC**
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

## II.   ORDER

Pursuant to the Stipulated Motion above, it is hereby ORDERED that any and all claims and causes of action are dismissed with prejudice and without an award of costs or fees to any party.

DATED: _October 17, 2024_ _____    _____

BENJAMIN H. SETTLE
United States District Court Judge

Presented by:

| *Attorneys for Plaintiff:* | *Attorneys for National Union Fire Insurance Company of Pittsburgh, PA:* |
|---|---|
| **HAROLD D. CARR, P.S.** | **JENSEN MORSE BAKER PLLC** |
| By: *s/Adam C. Carr, per email authority*<br>Harold D. Carr, WSBA No. 11767<br>Adam C. Cox, WSBA No. 35677<br>E-Mail:  adam@haroldcarrattorney.com | By:  *s/Gabriel Baker*<br>      Gabriel Baker, WSBA No. 28473<br>      William Christopher Gibson, WSBA No. 26472<br>      E-mail: gabe.baker@jmblawyers.com<br>                  Chris.gibson@jmblawyers.com |

STIPULATED MOTION AND ORDER FOR DISMISSAL
WITH PREJUDICE - 2
Case No. 3:23−CV−05704−BHS

JENSEN MORSE BAKER PLLC
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON  98101
PHONE:  206.682.1550

**CERTIFICATE OF SERVICE**

Pursuant to RCW 9A.72.085, the undersigned certifies, under penalty of perjury under the laws of the United States of America and the State of Washington, that on the 15th day of October, 2024, the document attached hereto was delivered to the below counsel in the manner indicated.

*Counsel for Plaintiff*

Harold D. Carr, WSBA No. 11767
Adam C. Cox, WSBA No. 35677
Harold D. Carr, P.S.
4239 Martin Way E.
Olympia WA 98516
adam@haroldcarrattorney.com
michael@haroldcarrattorney.com
bethany@haroldcarrattorney.com

☒ Via CM/ECF
☐ Via electronic mail
☐ Via U.S. Mail, postage prepaid
☐ Via Facsimile
☐ Via Courier
☐ Via Overnight delivery

DATED this 15th day of October, 2024, in Kansas City, MO.

By *s/Gwendolyn M. Wall*
Gwendolyn M. Wall, paralegal

STIPULATED MOTION AND ORDER FOR DISMISSAL
WITH PREJUDICE - 3
Case No. 3:23−CV−05704−BHS

**JENSEN MORSE BAKER PLLC**
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON  98101
PHONE:  206.682.1550